**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WYOMING TECHNOLOGY LICENSING, LLC,** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 3:26-CV-01372** |
| **VOLKSWAGEN GROUP OF AMERICA, INC.,** | § § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
<u>TO FILE ANSWER OR OTHERWISE RESPOND</u>**

Defendant Volkswagen Group of America, Inc. ("Defendant") respectfully moves the Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint and, in support thereof, states as follows:

**<u>Requested Relief</u>**

Plaintiff filed its Complaint on April 28, 2026. [Dkt. 1]. Defendant was served on May 21, 2026, making its Answer or other responsive pleading due on or before June 11, 2026. Defendant seeks an extension of thirty (30) days to July 11, 2026, in which to file its Answer or other responsive pleading. The basis for this requested relief is that the case presents complex issues requiring additional time and, given other commitments, Defendant and its counsel need extra time in order to prepare a proper response.

Defendant's counsel conferred with counsel for Plaintiff, and they stated that they are **unopposed** to the requested relief.

**<u>Good Cause and No Prejudice</u>**

Good cause exists for the requested extension, including the need for Defendant to get properly prepared on this case and to work on and prepare an appropriate response. In addition, the undersigned counsel has additional obligations in other matters such that additional time for this case is necessary. The requested extension will not prejudice Plaintiff, who does not oppose the requested extension.

**<u>Prayer</u>**

WHEREFORE, Defendant respectfully requests that the Court enter an order:

a. Extending the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days to July 11, 2026, and

b. Granting such other and further relief as the Court deems just and proper.

Dated: May 29, 2026

Respectfully Submitted,

*/s/ Linda R. Stahl*
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Ste 500
Dallas, Texas 75206
(214) 550-8188 | Telephone
(214) 550-8185 | Facsimile

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF CONFERENCE</u>**

I certify that on May 26, 2026, I conferred with counsel for Plaintiff regarding the substance of this Motion and the requested relief. Plaintiff's counsel stated that are **not opposed** to the relief requested herein.

*/s/ Linda R. Stahl*
Linda R. Stahl

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 29, 2026, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

/s/ Linda R. Stahl
Linda R. Stahl